UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ERISA Litigation

This Documents Relates to:
ALL ACTIONS

Civil Action No. 3:04-cv-194-J-20MCR
ERISA Civil Actions

_____/

## ORDER

Before the Court is the Plaintiffs' Opposed Motion to Dismiss Defendant Winn-Dixie Without Prejudice (Doc. No. 43, filed on April 14, 2005) and Plaintiffs' Objection to Application of Automatic Stay (Doc. No. 45, filed on April 15, 2005).

This Court will not waste time and resources by allowing this litigation to proceed in a piece-meal fashion. Therefore, it is

**ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Opposed Motion to Dismiss Defendant Winn-Dixie Without Prejudice (Doc. No. 43, filed on April 14, 2005) is **DENIED**;

(2) All parties, issues, discovery and causes of action that are a part of the ERISA Litigation Case No. 3:04-cv-194-J-20MCR are **STAYED** from this day forward while Winn-Dixie's Bankruptcy case remains pending; and

(3) Winn-Dixie Stores, Inc. shall file a status report with this Court in this ERISA Litigation

Case No. 3:04-cv-194-J-20MCR regarding the bankruptcy proceedings every 120 days.

**DONE AND ENTERED** at Jacksonville, Florida this ___10t___ day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Eric J. Belfi, Esq.
William A. Clineburg, Jr., Esq.
John G. Emerson, Esq.
William B. Federman, Esq.
David B. Ferebee, Esq.

Robert Bruce George, Esq.
John D. Herschberger, Esq.
Rutledge R. Liles, Esq.
Aaron D. Patton, Esq.
Scott E. Poynter, Esq.
Jacqueline Sailer, Esq.

David Tetrick, Jr., Esq.
Tara B. Van Rooy, Esq.
Timothy W. Volpe, Esq.
Leslie A. Wickes, Esq.

Garry Randolph, Courtroom Deputy

* If you would like your name removed from this list, please inform the Clerk's Office